**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

KEVIN MERRELL,

      Plaintiff,

v.

1ST LAKE PROPERTIES, INC.,

      Defendant.

CIVIL ACTION

Case No. 23-1450

SECTION: "R"(2)

### NOTICE OF SETTLEMENT AND JOINT MOTION FOR STAY OF PROCEEDING

NOW COMES Plaintiff Kevin Merrell ("Plaintiff"), and hereby files this Notice of Settlement pursuant to Local Rule 16.4, and Consented Motion for Stay of Proceeding, and states as follows:

1. The parties have reached a settlement in principle on a class-wide basis in the above-referenced matter.

2. Plaintiff intends to file a Motion for Preliminary Approval of the Class Settlement within 60 days of the filing of this Notice.

3. The parties have met and conferred, and jointly request that all scheduled dates and deadlines be stayed in order to finalize the terms settlement agreement to allow for the filing of a Motion for Preliminary Approval of the Class Settlement.

WHEREFORE, Plaintiff respectfully requests this Court stay the proceeding such that the parties can finalize their settlement, and such that Plaintiff can file a Motion for Preliminary Approval of Class Action Settlement on or before January 26, 2025.

Dated: December 3, 2024                                    Respectfully submitted,

By: */s/ Layne C. Hilton*
Layne C. Hilton
MEYER WILSON CO., LPA
900 Camp Street Suite 337
New Orleans, LA 70130
Telephone: (866) 827-6537
lhilton@meyerwilson.com
*Counsel for Plaintiff and the Proposed Class*