# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN MERRELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>1ST LAKE PROPERTIES, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION<br><br>Case No. 23-1450<br><br>SECTION: "R"(2) |

## ORDER

　　This matter comes before the Court on the Parties Joint Motion to Stay Proceeding. The Court has considered the submission of the parties and is duly informed on the premises. IT IS HEREBY ORDERED that motion to Stay the Proceeding is GRANTED.

　　New Orleans, Louisiana, this  4th   day of December, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE