UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN MERRELL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1450** |
| **1ST LAKE PROPERTIES, INC.** | **SECTION: "R"(2)** |

### NOTICE OF RE-FILING OF PROPOSED CLASS ACTION SETTLEMENT

Come now the parties and hereby provide notice of re-filing of the proposed Class Action Settlement Agreement. *See* Exhibit 1 (previously filed as Doc. 50-1 in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement). Defendant shall provide CAFA notice pursuant to 28 U.S.C. § 1715(b) within ten days of this filing.

Dated: March 14, 2025

Respectfully submitted,

/s/ Layne C. Hilton
Layne C. Hilton
MEYER WILSON CO., LPA
900 Camp Street Suite 337
New Orleans, LA 70130
Telephone: (866) 827-6537
lhilton@meyerwilson.com

Raina C Borrelli (pro hac vice)
Strauss Borrelli PLLC
980 N Michigan Ave.
Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
raina@straussborrelli.com

*Counsel for Plaintiff and the Proposed Class*

/s/ Carrie Dettmer Slye
Carrie Dettmer Slye (pro hac vice)
BAKER &HOSTETLER LLP
cdettmerslye@bakerlaw.com

312 Walnut Street, Suite 3200
Cincinnati, OH 45202-4074
Telephone: (513) 929-3400
cdettmerslye@bakerlaw.com

Casie D. Collignon (pro hac vice)
BAKER &HOSTETLER LLP
ccollignon@bakerlaw.com
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: (303) 764.4037
ccollignon@bakerlaw.com

Jeffrey J. Gelpi (#37130)
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
jeff.gelpi@keanmiller.com

Karli Glascock Johnson (#26304)
Alexandra E. Rossi (#35297)
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999
karli.johnson@keanmiller.com
alexandra.rossi@keanmiller.com

*Attorneys for Defendant 1st Lake Properties, Inc.*