UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN MERRELL | CIVIL ACTION |
| VERSUS | NO. 23-1450 |
| 1ST LAKE PROPERTIES, INC. | SECTION "R" (2) |

## ORDER

Considering that the parties have moved for preliminary approval of class settlement,[1]

The Court continues the class certification hearing pending its ruling on the preliminary approval of class action settlement. The Court will set a date for the class certification hearing at a later time if it is necessary to do so.

New Orleans, Louisiana, this __15th__ day of April, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 50.

1