UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN MERRELL | CIVIL ACTION |
| VERSUS | NO. 23-1450 |
| 1ST LAKE PROPERTIES, INC. | SECTION "R" (2) |

## ORDER

The Court ORDERS that the pretrial conference scheduled for Thursday, May 22, 2025, is canceled. The Court will shortly issue an order and reasons granting the motion for preliminary approval of the proposed class action settlement.

New Orleans, Louisiana, this __16th__ day of May, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE